UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80369-RYSKAMP/VITUNAC

vTRAX TECHNOLOGIES
LICENSING, INC.,

      Plaintiff,

v.

SIEMENS COMMUNICATIONS,
INC., et al.,

      Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court on plaintiff's counsel's emergency motion for leave to withdraw **[DE 247]** entered on June 15, 2011.

The Court has carefully considered the motion, applicable law, and pertinent portions of the record. The Court will allow plaintiff's counsel to withdraw at this time. The Court notes that a corporation may not proceed *pro se* in an action. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can only act through agents, cannot appear *pro se*, and must be represented by counsel."). Accordingly, the Court will dismiss this action without prejudice. If plaintiff wishes to re-file this case, it shall obtain new counsel before doing so. It is hereby

**ORDERED AND ADJUDGED** that plaintiff's motion to withdraw **[DE 247]** is **GRANTED.** Robins Geller Rudman & Dowd LLP and Smith Risley Tempel Santos LLC are relieved from all further responsibility in this case.

**IT IS FURTHER ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. Any pending motions are **DENIED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE THIS CASE** for administrative purposes.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 17 day of June, 2011.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE